Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John E Arnold
Diane S Arnold**
Debtor(s)

Bankruptcy Case No.: 12−20114−JAD

Chapter: 13
Docket No.: 115 − 114

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 26th day of July, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/11/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **9/19/17 at 10:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/11/17.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                               Case No. 12-20114-JAD
John E Arnold                                                        Chapter 13
Diane S Arnold
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                 Page 1 of 2         Date Rcvd: Jul 26, 2017
                              Form ID: 408               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db/jdb         +John E Arnold,    Diane S Arnold,    244 W. Cruikshank Rd.,    Butler, PA 16002-8911
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13370434       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13271811       +Bank of America,    P.O. Box 477,    Knoxville, TN 37901-0477
13276830        Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
13507837       +Bank of America, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13373891        Bank of America, N.A.,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
13276831       +Central Tax Bureau of Pennsylvania,    438 Line Ave,    Ellwood City, PA 16117-1121
13276832        Creditors Interchange Receivables Mgt.,    80 Holtz Dr.,    Buffalo, NY 14225-1470
13276833       +Fast Track Financial,    196 Pittsburgh Road,    Butler, PA 16001-3226
13271812       +Fast Track Financial,    196 Pittsburgh Street,    Butler, PA 16001-3226
13276835       +Mars Area School District,    545 Route 228,    Mars, PA 16046-3151
13277137       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13276836       +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13276837        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:45:45
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13276834        E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 01:25:48     GE Money,    P.O. Box 981401,
                 El Paso, TX 79998-1401
13518950       +E-mail/Text: bknotice@ncmllc.com Jul 27 2017 01:32:06    National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13583340        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:39:39
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13344001        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:39:20
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A., et. al.
13271813        PNC
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13653291*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jfur              Page 2 of 2           Date Rcvd: Jul 26, 2017
                              Form ID: 408            Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:

```
              Dai   Rosenblum    on behalf of Plaintiff John E Arnold dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai   Rosenblum    on behalf of Joint Debtor Diane S Arnold dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai   Rosenblum    on behalf of Debtor John E Arnold dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai   Rosenblum    on behalf of Plaintiff Diane S Arnold dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
              John Michael Kolesnik    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               fedphe@hotmail.com;amber.zinski@phelanhallinan.com
              Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A., et. al. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
                                                                                             TOTAL: 11
```