**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN E ARNOLD<br>DIANE S ARNOLD<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:12-20114 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

July 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/11/2012 and confirmed on 3/14/12 . The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 177,610.25 |
| Less Refunds to Debtor | 3,766.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 173,843.32 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,100.00 | |
|   Trustee Fee | 6,276.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,376.60 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MARS AREA SD (MIDDLESEX) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   FAST TRACK FINCL/CARS & CREDIT | 10,779.77 | 10,779.77 | 2,160.95 | 12,940.72 |
|     Acct: 3650 | | | | |
|   PNC BANK NA | 6,199.75 | 6,199.75 | 460.10 | 6,659.85 |
|     Acct: 5522 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 129,485.36 | 0.00 | 129,485.36 |
|     Acct: 0608 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 11,955.57 | 11,955.57 | 0.00 | 11,955.57 |
|     Acct: 0608 | | | | |
| | | | | 161,041.50 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E ARNOLD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E ARNOLD | 1,350.00 | 1,350.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E ARNOLD | 2,416.93 | 2,416.93 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARS ASD (MIDDLESEX TWP) (EIT) | 1,336.36 | 1,336.36 | 0.00 | 1,336.36 |
|     Acct: 1142 | | | | |
|   MARS ASD (MIDDLESEX TWP) (EIT) | 3,088.86 | 3,088.86 | 0.00 | 3,088.86 |
|     Acct: 4971 | | | | |
|   MARS ASD (MIDDLESEX TWP) (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4971 | | | | |
|   MARS ASD (MIDDLESEX TWP) (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4971 | | | | |
| | | | | 4,425.22 |
| **Unsecured** | | | | |
|   BANK OF AMERICA(*) | 30,043.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 6169 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 12,652.78 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 9032 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 7,601.15 | 0.00 | 0.00 | 0.00 |
|     Acct: 6467 | | | | |
|   PNC BANK NA | 9,947.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 4244 | | | | |

***N O N E***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 165,466.72 |
| TOTAL | |
|   CLAIMED | 4,425.22 |
|   PRIORITY | 28,935.09 |
|   SECURED | 60,244.36 |

Date: 07/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    JOHN E ARNOLD<br>    DIANE S ARNOLD<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>      vs.<br>    No Repondents. | Case No.:12-20114 JAD<br><br>Chapter 13<br><br>Document No.: |

### ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                    _____
                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20114-JAD
John E Arnold                                                             Chapter 13
Diane S Arnold
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2           Date Rcvd: Jul 26, 2017
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
```
db/jdb         +John E Arnold,    Diane S Arnold,    244 W. Cruikshank Rd.,    Butler, PA 16002-8911
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13370434       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13271811       +Bank of America,    P.O. Box 477,    Knoxville, TN 37901-0477
13276830        Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
13507837       +Bank of America, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13373891        Bank of America, N.A.,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
13276831       +Central Tax Bureau of Pennsylvania,    438 Line Ave,    Ellwood City, PA 16117-1121
13276832        Creditors Interchange Receivables Mgt.,    80 Holtz Dr.,    Buffalo, NY 14225-1470
13276833       +Fast Track Financial,    196 Pittsburgh Road,    Butler, PA 16001-3226
13271812       +Fast Track Financial,    196 Pittsburgh Street,    Butler, PA 16001-3226
13276835       +Mars Area School District,    545 Route 228,    Mars, PA 16046-3151
13277137       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13276836       +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13276837        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:46:09
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13276834        E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 01:25:46      GE Money,    P.O. Box 981401,
                 El Paso, TX 79998-1401
13518950       +E-mail/Text: bknotice@ncmllc.com Jul 27 2017 01:32:04      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13583340        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:46:10
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13344001        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 01:39:20
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 5
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A., et. al.
13271813        PNC
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13653291*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                               TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: jfur                  Page 2 of 2                   Date Rcvd: Jul 26, 2017
                               Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
        Dai  Rosenblum    on behalf of Plaintiff John E Arnold dunmyrem@zoominternet.net,
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        Dai  Rosenblum    on behalf of Joint Debtor Diane S Arnold dunmyrem@zoominternet.net,
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        Dai  Rosenblum    on behalf of Debtor John E Arnold dunmyrem@zoominternet.net,
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        Dai  Rosenblum    on behalf of Plaintiff Diane S Arnold dunmyrem@zoominternet.net,
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
        John Michael Kolesnik    on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com,
         fedphe@hotmail.com;amber.zinski@phelanhallinan.com
        Mario J. Hanyon     Bank of America, N.A., et. al. pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
         PA68@ecfcbis.com
                                                                                                                          TOTAL: 11