IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **JOHN E. ARNOLD and** | : | Bankruptcy No. 12-20114-JAD |
| **DIANE S. ARNOLD,** | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| _____X | | |
| RONDA J. WINNECOUR, CHAPTER 13 | : | |
| TRUSTEE, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Doc. No. 118 |
| | : | |
| **JOHN E. ARNOLD and** | : | Related To Doc. No. 114 |
| **DIANE S. ARNOLD,** | : | |
| | : | |
| Respondents. | : | |
| _____X | | |

# ORDER

**AND NOW**, this **5th** day of **September**, 2017, **IT APPEARING TO THE COURT** that the Movant has filed a **Trustee's Withdrawal of Motion** at **Doc. No. 118** in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. No. 114 IS WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing regarding **Doc. No. 114** - **Trustee's Motion For Discharge Of Debtors And Approval Of Trustee's Report Of Receipts And Disbursements – Plan Completed** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and scheduled for **Tuesday, September 19, 2017**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, **IS HEREBY CANCELLED**.

_____ mas
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
9/5/17 5:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-20114-JAD
John E Arnold                                                         Chapter 13
Diane S Arnold
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2           Date Rcvd: Sep 05, 2017
                               Form ID: pdf900        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2017.
db/jdb         +John E Arnold,    Diane S Arnold,    244 W. Cruikshank Rd.,    Butler, PA 16002-8911
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13370434       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13271811       +Bank of America,    P.O. Box 477,    Knoxville, TN 37901-0477
13276830        Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
13507837       +Bank of America, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13373891        Bank of America, N.A.,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
13276831       +Central Tax Bureau of Pennsylvania,    438 Line Ave,    Ellwood City, PA 16117-1121
13276832        Creditors Interchange Receivables Mgt.,    80 Holtz Dr.,    Buffalo, NY 14225-1470
13276833       +Fast Track Financial,    196 Pittsburgh Road,    Butler, PA 16001-3226
13271812       +Fast Track Financial,    196 Pittsburgh Street,    Butler, PA 16001-3226
13276835       +Mars Area School District,    545 Route 228,    Mars, PA 16046-3151
13277137       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13276836       +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13276837        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2017 02:33:10
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13276834        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2017 02:33:17      GE Money,    P.O. Box 981401,
                 El Paso, TX 79998-1401
13518950       +E-mail/Text: bknotice@ncmllc.com Sep 06 2017 02:30:03     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13583340        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2017 02:54:14
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13344001        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2017 02:33:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A., et. al.
13271813        PNC
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13653291*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: culy              Page 2 of 2              Date Rcvd: Sep 05, 2017
                             Form ID: pdf900         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:

```
          Dai    Rosenblum    on behalf of Plaintiff John E Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai    Rosenblum    on behalf of Joint Debtor Diane S Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai    Rosenblum    on behalf of Debtor John E Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai    Rosenblum    on behalf of Plaintiff Diane S Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          John Michael Kolesnik    on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com,
           fedphe@hotmail.com;amber.zinski@phelanhallinan.com
          Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A., et. al. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
                                                                                            TOTAL: 11
```