IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| John E. Arnold ) | Case No.: 12-20114 JAD |
| Diane S. Arnold ) | Chapter 13 |
|    Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | Related Doc. 121, 124 |
|    Movant, ) | |
| ) | |
|    Vs. ) | Hearing Date: 11-15-2017 |
| John E. Arnold ) | |
| Diane S. Arnold ) | |
|    Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF TRUSTEE'S MOTION TO INCREASE PLAN BASE FOR DISTRIBUITON OF ESCROW REFUND TO GENERAL UNSECURED CREDITORS

    I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Motion along with the Order Scheduling a Hearing on the parties at the addresses specified below on **October 13, 2017**.

    The type of service made on the parties was First Class Postage Prepaid Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

John E. Arnold
Diane S. Arnold
244 W. Cruikshank Road
Butler, PA  16002

Dai Rosenblum, Esquire
254 New Castle Road, Suite B
Butler, PA  16001

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Michael Daniels
Assistant Vice President
Bankruptcy Department
Nationstar Mortgage
2501 S. State Highway 121
Suite 100
Lewisville, TX  75067

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**   /s/ Amy T. Sabedra
Amy T. Sabedra
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com