IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
John E. Arnold                              :     Case No.12-20114JAD
Diane S. Arnold                             :     Chapter 13
    Debtor(s)                          :
Ronda J. Winnecour, Trustee                 :
                                            :     Re Claim:
    Movant(s)                          :
                                            :
vs.                                         :
John E. Arnold                              :
Diane S. Arnold                             :     Hearing Date
    Respondent(s)

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on October 17, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than November 06, 2017.

11/07/2017                          /s/ Ronda J. Winnecour
Date                                Ronda J. Winnecour
                                    Chapter 12 Trustee PA I.D.#30399
                                    U.S. Steel Tower- Suite 3250
                                    600 Grant Street
                                    Pittsburgh PA  15219
                                    cmecf@chapter13trusteewdpa.com