**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| John E. Arnold | : | Bankruptcy No.12-20114-JAD |
| Diane S. Arnold | : | |
| Debtor(s) | : | Chapter 13 |
| Ronda J. Winnecour, Trustee | : | |
| | : | Doc. No. 128 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| John E. Arnold | : | |
| Diane S. Arnold | : | Hearing Date 11/15/2017 |
| Respondent(s) | | |

**ORDER OF COURT**

AND NOW, this _7th_ day of _Novemb_, 2017, upon consideration of the Trustee's Objection to Debtors' Claim of Exemptions, It is

ORDERED, that the Trustee's Objection is ~~stained~~ *sustained*, and the debtors' Claim of Exemptions is hereby disallowed.

BY THE COURT:

_____
JEFFERY A. DELLER
CHIEF U. S. BANKRUPCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
Ronda J. Winnecour, Esquire
Dai Rosenblum, Esquire

FILED
11/8/17 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John E Arnold  
Diane S Arnold  
    Debtors

Case No. 12-20114-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Nov 08, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:

          Dai  Rosenblum    on behalf of Debtor John E Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
          Dai  Rosenblum    on behalf of Plaintiff Diane S Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
          Dai  Rosenblum    on behalf of Plaintiff John E Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
          Dai  Rosenblum    on behalf of Joint Debtor Diane S Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com  
          Jerome B. Blank    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com  
          John Michael Kolesnik    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
           fedphe@hotmail.com;amber.zinski@phelanhallinan.com  
          Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A., et. al. pawb@fedphe.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com  
                                                                                                     TOTAL: 11