UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

JOHN E. ARNOLD, AND
DIANE S. ARNOLD,
    Debtor.

JOHN E. ARNOLD, AND
DIANE S. ARNOLD,
    Movant,

v.

RONDA J. WINNECOUR, Trustee,

    Respondent.

Bankruptcy No. 12-20114-JAD

Chapter 13

Doc. No. 134

elated to Doc. Nos. 131, 129, 128

## ORDER OF COURT

**AND NOW** this **9th** day of **November**, 2017, upon consideration of the Debtors' Motion For Reconsideration, the modified Default Order Sustaining the Trustee's Objection dated November 7, 2017, at Doc. No. 131, is hereby **VACATED**.

The hearing on the Trustee's Objection To Debtors' Amended Claim Of Exemptions, filed at Doc. No. 128, is **REINSTATED** and will proceed as originally scheduled on **Wednesday, November 15, 2017** at **10:00 AM**.

Chief Judge Jeffery A. Deller
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
  John E. and Diane S. Arnold
  Dai Rosenblum, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

FILED
11/9/17 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John E Arnold  
Diane S Arnold  
    Debtors

Case No. 12-20114-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Nov 09, 2017  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.  
db/jdb       +John E Arnold,   Diane S Arnold,   244 W. Cruikshank Rd.,   Butler, PA 16002-8911  
tr          +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:  
         Dai  Rosenblum    on behalf of Debtor John E Arnold dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
         Dai  Rosenblum    on behalf of Plaintiff Diane S Arnold dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
         Dai  Rosenblum    on behalf of Plaintiff John E Arnold dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
         Dai  Rosenblum    on behalf of Joint Debtor Diane S Arnold dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
         James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com  
         Jerome B. Blank    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com  
         John Michael Kolesnik    on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com,
          fedphe@hotmail.com;amber.zinski@phelanhallinan.com  
         Mario J. Hanyon    on behalf of Creditor   Bank of America, N.A., et. al. pawb@fedphe.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
          PA68@ecfcbis.com  
                                                                                      TOTAL: 11