UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | JOHN E & DIANE S ARNOLD |
| **Case Number:** | 12-20114-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 15, 2017 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Trustee's Motion To Increase Plan Base For Distribution Of Escrow Refund To General Unsecured Creditors filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response (CONSENT) filed by Debtors 11/8/2017 at Doc. No. 132  [Due 11/8/2017]

R / M #:   121 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTORS:  DAI ROSENBLUM, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at _____
  _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order -  NONJURY  /  JURY
  _____ Simple / Pretrial Order - NONJURY  /  JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 11/20/2017 Setting Deadlines On Related Contested Matters**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/21/17 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA