UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JOHN E & DIANE S ARNOLD
**Case Number:** 12-20114-JAD          **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, NOVEMBER 15, 2017 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

REINSTATED - Trustee's Objection To Debtor's Amended Claim Of Exemptions filed by Ronda J. Winnecour, Chapter 13 Trustee
- No Response Filed  [Due 11/6/2017]
- CNO filed by Trustee Winnecour 11/7/2017.  Default Order entered 11/7/2017.
- Response to Trustee's Objection filed by Debtors 11/8/2017
- Motion For Reconsideration of Default Order filed 11/8/2017.  Order Entered 11/9/2017 Vacating Default
  Order and Reinstating Hearing on 11/15/2017.
R / M #:  128 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  DAI ROSENBLUM, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
       _____ For At Least _____ Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at
              _____
       _____ To Conciliation Conference For _____ at
              _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order -  NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 11/20/2017 Setting Deadlines On Related Contested Matters**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/21/17 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA