FILED
12/1/17 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | |
|---|---|
| JOHN E. ARNOLD and ) | Bankruptcy #12-20114- JAD |
| DIANE S. ARNOLD ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF FILING OF TRANSCRIPT

Notice is hereby given that on **_1st_** Day of **_December, 2017_** a transcript of a hearing held on *November 15, 2017* in the above-captioned case was filed at Document No. ***147.***

Pursuant to *General Order 2008-6*, parties have seven (7) days to file with the Court a *Notice of Intent to Request Redaction,* available on the Forms page of the Court website: http://www.pawb.uscourts.gov/.

If no such *Notice* is filed, the transcript may be made electronically available to the public without redaction on the ninety-first (91st) day after the original transcript was filed.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter/Transcriber or view the document at the Clerk's Office public terminal.

The Court Reporter/Transcriber of the above-referenced proceeding is ***WRITER'S CRAMP, INC.,*** whose business telephone number is ***(609)588-8043*** and address is ***63 Dakota Drive, Hamilton, New Jersey, 08619***.

                                                             Michael Rhodes
                                                             Clerk, United States Bankruptcy Court

Dated: December 1, 2017