FILED
11/30/17 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

JOHN E. ARNOLD and
DIANE S. ARNOLD

)  Bankruptcy #12-20114- JAD
)
)
)
)
)
)
)
)
)
)

## NOTICE OF FILING OF TRANSCRIPT

Notice is hereby given that on **30th** Day of **November, 2017** a transcript of a hearing held on **November 15, 2017** in the above-captioned case was filed at Document No. **147.**

Pursuant to *General Order 2008-6*, parties have seven (7) days to file with the Court a *Notice of Intent to Request Redaction,* available on the Forms page of the Court website: http://www.pawb.uscourts.gov/.

If no such *Notice* is filed, the transcript may be made electronically available to the public without redaction on the ninety-first (91st) day after the original transcript was filed.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter/Transcriber or view the document at the Clerk's Office public terminal.

The Court Reporter/Transcriber of the above-referenced proceeding is ***WRITER'S CRAMP, INC.,*** whose business telephone number is ***(609)588-8043*** and address is ***63 Dakota Drive, Hamilton, New Jersey, 08619***.

Michael Rhodes
Clerk, United States Bankruptcy Court

Dated:  November 30, 2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| Unique Ventures Group, LLC, | ) | Bankruptcy No. 17-20526-TPA |
| | **)** | |
| *Debtor,* | ) | |
| | **)** | |
| J. Michael Sabatini, Joseph Rusnock and Jack Kuhn, | ) ) | |
| *Movant,* | **)** | |
| | **)** | |
| v | ) | |
| | **)** | |
| Unique Ventures Group, LLC, | **)** | |
| *Respondent,* | ) | |
| | ) | |

## NOTICE OF FILING OF TRANSCRIPT

Notice is hereby given that on **16th** Day of **August, 2017** a transcript of a hearing held on **August 4, 2017** in the above-captioned case was filed at Document No. **570.**

Pursuant to *General Order 2008-6*, parties have seven (7) days to file with the Court a *Notice of Intent to Request Redaction,* available on the Forms page of the Court website: http://www.pawb.uscourts.gov/.

If no such *Notice* is filed, the transcript may be made electronically available to the public without redaction on the ninety-first (91st) day after the original transcript was filed.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter/Transcriber or view the document at the Clerk's Office public terminal.

The Court Reporter/Transcriber of the above-referenced proceeding is **WRITER'S CRAMP, INC.,** whose business telephone number is **(609)588-8043** and address is **63 Dakota Drive, Hamilton, New Jersey, 08619**.

                                                  Michael Rhodes
                                                  Clerk, United States Bankruptcy Court

Dated:  August 16, 2017

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John E Arnold
Diane S Arnold
    Debtors

Case No. 12-20114-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Nov 30, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
tr            +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:
           Dai   Rosenblum    on behalf of Debtor John E Arnold dunmyrem@zoominternet.net,
            dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
           Dai   Rosenblum    on behalf of Plaintiff Diane S Arnold dunmyrem@zoominternet.net,
            dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
           Dai   Rosenblum    on behalf of Plaintiff John E Arnold dunmyrem@zoominternet.net,
            dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
           Dai   Rosenblum    on behalf of Joint Debtor Diane S Arnold dunmyrem@zoominternet.net,
            dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
           James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
           Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
           John Michael Kolesnik    on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com,
            fedphe@hotmail.com;amber.zinski@phelanhallinan.com
           Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A., et. al. pawb@fedphe.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
            PA68@ecfcbis.com
                                                                                                                                            TOTAL: 11