# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| JOHN E. ARNOLD, and | ) Bankruptcy No .12-20114-JAD |
| DIANE S. ARNOLD, | ) |
| Debtors. | ) Chapter: 13 |
| | ) |
| RONDA J. WINNECOUR, Trustee, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Doc. No. 151 |
| | ) |
| JOHN E. ARNOLD, and | ) Related to Doc. Nos. 121, 128 |
| DIANE S. ARNOLD, | ) |
| Respondents. | ) |

## ORDER OF COURT

AND NOW, this <u>2nd</u> day of <u>January</u>, 2018, upon consideration of Trustee's Motion To Increase Plan Base for Distribution of Escrow Refund to General Unsecured Creditors and Objection to Debtor's Claim of Objections, it is hereby

**ORDERED** *that the Debtors' Amended Schedule C filed on December 15, 2017, claiming an exemption under 11 U.S.C. §522(d)(5) for a cumulative total for both Debtors of $5,531.20 is approved.* The plan base in this case is increased in order for the Chapter 13 Trustee to distribute the remaining escrow refund in the amount of ~~$9,606.51~~ $4,075.31 to timely filed unsecured creditors in this case, after deduction of Trustee fees. These funds were returned to the Trustee's office by Nationstar Mortgage as an escrow overpayment.

_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

By Consent:

/s/ Dai Rosenblum
DAI ROSENBLUM, ESQ. Attorney for
Kimberly Ann Covert, Debtor
Suite B, 254 New Castle Road
Butler, PA  16001-2529
(724) 283-2900  PA ID #31802
dailaw@earthlink.net

/s/ Owen W. Katz
OWEN W. KATZ, ESQ. PA I.D. 36473
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh  PA  15219
(412) 471-5566 x3124
Email: okatz@chapter13trusteewdpa.com

FILED
1/2/18 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-20114-JAD
John E Arnold                                                       Chapter 13
Diane S Arnold
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Jan 02, 2018
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
```
db/jdb         +John E Arnold,    Diane S Arnold,    244 W. Cruikshank Rd.,    Butler, PA 16002-8911
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13370434       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13271811       +Bank of America,    P.O. Box 477,    Knoxville, TN 37901-0477
13276830        Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
13507837       +Bank of America, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13373891        Bank of America, N.A.,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
13276831       +Central Tax Bureau of Pennsylvania,    438 Line Ave,    Ellwood City, PA 16117-1121
13276832        Creditors Interchange Receivables Mgt.,    80 Holtz Dr.,    Buffalo, NY 14225-1470
13276833       +Fast Track Financial,    196 Pittsburgh Road,    Butler, PA 16001-3226
13271812       +Fast Track Financial,    196 Pittsburgh Street,    Butler, PA 16001-3226
13276835       +Mars Area School District,    545 Route 228,    Mars, PA 16046-3151
13277137       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13276836       +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13276837        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2018 01:08:34
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13276834        E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 01:02:46      GE Money,    P.O. Box 981401,
                 El Paso, TX 79998-1401
13518950       +E-mail/Text: bknotice@ncmllc.com Jan 03 2018 01:00:19      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13583340        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2018 01:08:29
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13344001        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2018 01:08:29
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A., et. al.
13271813        PNC
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13653291*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                   TOTALS: 3, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Jan 02, 2018
                              Form ID: pdf900         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:

```
          Dai  Rosenblum    on behalf of Plaintiff John E Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai  Rosenblum    on behalf of Joint Debtor Diane S Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai  Rosenblum    on behalf of Debtor John E Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai  Rosenblum    on behalf of Plaintiff Diane S Arnold dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          John Michael Kolesnik    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
           fedphe@hotmail.com;amber.zinski@phelanhallinan.com
          Mario J. Hanyon    on behalf of Creditor    Bank of America, N.A., et. al. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
                                                                                             TOTAL: 11
```