IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN E ARNOLD
    DIANE S ARNOLD
        Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 12-20114-JAD

Chapter 13

Related To Doc. No. 158

## ORDER OF COURT

    **AND NOW**, this 26th day of March, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtors are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtors shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtors. This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtors' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

FILED
3/26/18 7:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 12-20114-JAD
John E Arnold                                                       Chapter 13
Diane S Arnold
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                  Page 1 of 2                  Date Rcvd: Mar 26, 2018
                               Form ID: pdf900             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb         +John E Arnold,    Diane S Arnold,    244 W. Cruikshank Rd.,    Butler, PA 16002-8911
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd, Suite 100,
                 Woodland Hills, CA 91364-6207
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13370434       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13271811       +Bank of America,    P.O. Box 477,    Knoxville, TN 37901-0477
13276830        Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
13507837       +Bank of America, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13373891        Bank of America, N.A.,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
                 P.O. Box 4365,   Woodland Hills, CA 91365-4365
13276831       +Central Tax Bureau of Pennsylvania,    438 Line Ave,    Ellwood City, PA 16117-1121
13276832        Creditors Interchange Receivables Mgt.,    80 Holtz Dr.,    Buffalo, NY 14225-1470
13276833       +Fast Track Financial,    196 Pittsburgh Road,    Butler, PA 16001-3226
13271812       +Fast Track Financial,    196 Pittsburgh Street,    Butler, PA 16001-3226
13276835       +Mars Area School District,    545 Route 228,    Mars, PA 16046-3151
13277137       +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
13276836       +PNC Bank,   P.O. Box 747032,    Pittsburgh, PA 15274-7032
13276837        PNC Bank,   P.O. Box 856177,    Louisville, KY 40285-6177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:27:24
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13276834        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:26:37     GE Money,    P.O. Box 981401,
                 El Paso, TX 79998-1401
13518950       +E-mail/Text: bknotice@ncmllc.com Mar 27 2018 02:23:09     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13583340        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:26:38
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13344001        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:26:38
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A., et. al.
13271813        PNC
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13653291*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                               TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: Mar 26, 2018
                              Form ID: pdf900         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
          Dai   Rosenblum      on behalf of Plaintiff John E Arnold Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum      on behalf of Joint Debtor Diane S Arnold Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum      on behalf of Debtor John E Arnold Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum      on behalf of Plaintiff Diane S Arnold Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James   Warmbrodt      on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jerome B. Blank     on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          John Michael Kolesnik     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
           fedphe@hotmail.com;amber.zinski@phelanhallinan.com
          Mario J. Hanyon     on behalf of Creditor    Bank of America, N.A., et. al. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Rosemary C. Crawford     on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
                                                                                              TOTAL: 11
```